IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GOODFELLOW, | No. C 13-04726 RS |
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING** |
| GREGORY AHREN, et al., | |
| Defendants. | |

Plaintiff James Goodfellow filed this action on October 10, 2013 alleging claims for relief under federal and state law against various defendants. On December 3, 2013, defendant City of Oakland filed a motion to dismiss two of plaintiff's claims against it. On February 7, 2014, defendants Sheriff Gregory Ahren, the County of Alameda, and Deputy Ian Willis (collectively, "ASCO defendants") filed a motion for judgment on the pleadings. A few days later, the ASCO defendants filed a motion to stay discovery.

In light of the ASCO defendants' recent motions, both of which are scheduled for hearing on March 20, 2014, the hearing on the City's motion to dismiss (ECF No. 18) is hereby continued from February 20, 2014 to March 20, 2014.

IT IS SO ORDERED.

Dated:  2/12/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE