United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JAMES GOODFELLOW,

        Plaintiff,

  v.

GREGORY AHREN, et al.,

        Defendants.
_____/

No. C 13-04726 RS

**ORDER CLARIFYING PRIOR ORDER ON DEFENDANTS' MOTIONS**

As indicated in recent filings, the ASCO defendants appear to be operating under the misconception that plaintiff Goodfellow's § 1983 claims against Sherriff Ahern and Deputy Willis were dismissed without leave to amend. As explained in the prior order, defendants' Rule 12 motions were "denied in part and granted in part with leave to amend." (Order on Defendants' Motions, ECF No. 43, 17:4-5). The order further explains that Goodfellow's defective claims could be dismissed with prejudice if he fails sufficiently to amend his complaint. No claim was dismissed without leave to amend.

IT IS SO ORDERED.

Dated: 5/12/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE