United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JAMES GOODFELLOW,                                    No. C 13-04726  RS

                        Plaintiff,                   **CASE MANAGEMENT**
           v.                                        **SCHEDULING ORDER**

GREGORY J. AHREN, in his official
capacity as Alameda County Sheriff,
ALAMEDA COUNTY, ALAMEDA
COUNTY SHERIFFS DEPARTMENT, THE
CITY OF OAKLAND, OAKLAND POLICE
DEPARTMENT, IAN WILLIS, in his official
capacity as an Alameda County Deputy
Sheriff, and DOES 1 through 50,

                        Defendants.
_____/

        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

Case Management Conference on May 15, 2014.  After considering the Joint Case Management

Statement submitted by the parties and consulting with the attorneys of record for the parties and

good cause appearing, IT IS HEREBY ORDERED THAT:

        1.       ALTERNATIVE DISPUTE RESOLUTION.

        SETTLEMENT CONFERENCE.  The parties are hereby REFERRED to Magistrate

Judge Ryu for the purpose of engaging in a settlement conference, to take place, ideally, within

the next 60 days.

United States District Court
For the Northern District of California

2.      STAY OF PROCEEDINGS.  All proceedings and deadlines, with the exception of the above referral for settlement, are hereby stayed until July 14, 2014, for the purpose of settlement negotiations and for the plaintiff to attempt to secure counsel.  Any order issued by Magistrate Judge Cousins will not be considered ripe for objection until after this stay runs.  The pending motion for judgment on the pleadings is vacated.  Defendants may refile as necessary at the expiration of the stay period.

2.      DISCOVERY.

Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.  Any party seeking to exceed these limits is directed to first meet and confer with the other parties.  If the parties are unable to reach an agreement, the party seeking additional discovery may seek leave from the court to do so.

3.      DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4.      FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **August 14, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

CASE MANAGEMENT SCHEDULING ORDER

1    IT IS SO ORDERED.

2

3    DATED:    May 21, 2014

4    _____

5    RICHARD SEEBORG
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

CASE MANAGEMENT SCHEDULING ORDER

3