UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GOODFELLOW, | Case No. 13-cv-04726 RS (NC) |
| Plaintiff, | **ORDER RE: EX PARTE COMMUNICATION** |
| v. | |
| GREGORY AHERN, and others, | |
| Defendants. | |

On August 26, 2014, the Court received an email from pro se plaintiff James Goodfellow which attaches a letter addressed to the undersigned Magistrate Judge. The letter seeks the Magistrate Judge's recusal from handling the discovery disputes referred by the District Court. The letter indicates that is was delivered by email only.

Any written request to the Court for an order must be presented by a stipulation or motion filed with the Court. *See* Civ. L.R. 7-1(a). Further, the Local Rules provide that "[e]xcept as otherwise provided by law, these Local Rules or otherwise ordered by the Court, an attorney or party to an action must refrain from making telephone calls or writing letters . . . to the assigned Judge or the Judge's law clerks or otherwise communicating with a Judge or the Judge's staff regarding a pending matter, without prior notice to opposing counsel." Civ. L.R. 11-4(c).

//

1   If Goodfellow wishes to request the disqualification of the undersigned Magistrate
2   Judge, Goodfellow must file an affidavit in compliance with 28 U.S.C. § 144.
3   Furthermore, if Goodfellow would like the Court to consider additional arguments
4   regarding his motion to compel, Dkt. No. 47, before the Court rules on it, he must file a
5   motion for leave to file a supplemental brief by September 19, 2014.  The motion must
6   explain why Goodfellow did not file such a brief by the deadline of August 15 previously
7   set by the Court.  *See* Dkt. No. 72.
8   Any party may object to this non-dispositive discovery order within 14 days under
9   Federal Rule of Civil Procedure 72(a).
10  IT IS SO ORDERED.
11  Date: September 2, 2014

    _____
    Nathanael M. Cousins
    United States Magistrate Judge

Case No. 13-cv-04726 RS (NC)
ORDER RE: EX PARTE
COMMUNICATION
2