UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GOODFELLOW, | Case No. 13-cv-04726 RS (NC) |
| Plaintiff, | **ORDER RE: EX PARTE COMMUNICATION** |
| v. | |
| GREGORY AHERN, and others, | |
| Defendants. | |

On September 5, 2014, the Court received another email from James Goodfellow.  It is unclear whether the email contains any request for relief from the Court, or what is the relief sought.  In any event, any such request will not be addressed by the Court because, as the Court informed Goodfellow in its order of September 2, any written request to the Court for an order must be presented by a stipulation or motion filed with the Court.  *See* Civ. L.R. 7-1(a).

IT IS SO ORDERED.

Date: September 9, 2014

Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-04726 RS (NC)
ORDER RE: EX PARTE
COMMUNICATION