1  J. RANDALL ANDRADA (SBN 70000)
   randrada@andradalaw.com
2  LYNNE G. STOCKER (SBN 130333)
   lstocker@andradalaw.com
3  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
4  180 Grand Avenue, Suite 225
   Oakland, California  94612
5  Tel.:   (510) 287-4160
   Fax:   (510) 287-4161
6
   Attorneys for Defendants
7  SHERIFF GREGORY J. AHERN (sued erroneously as AHREN),
   COUNTY OF ALAMEDA, DEPUTY IAN WILLIS,
8  and SERGEANT MICHAEL CARROLL

9

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  JAMES F. GOODFELLOW, | Case No.: 3:13-cv-04726-RS |
| 15           Plaintiff, | **STIPULATION AND [~~PROPOSED~~]** |
| 16       v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| 17  GREGORY J. AHREN, et al., | |
| 18           Defendants. | |

19

20       IT IS HEREBY STIPULATED by and between the parties to this action through their attorneys

21  of record that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to

22  Fed.R.Civ.P. 41(a)(1). IT IS FURTHER STIPULATED that each party shall bear their own attorneys'

23  fees and costs.

24  Dated:    September 4, 2014              ANDRADA & ASSOCIATES

25                                             /s/ Lynne G. Stocker
                                         By _____
26                                          LYNNE G. STOCKER
                                            Attorneys for Defendants
27                                          SHERIFF GREGORY J. AHERN,
                                            COUNTY OF ALAMEDA,
28                                          DEPUTY IAN WILLIS, and
                                            SERGEANT MICHAEL CARROLL

                                         1

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

Dated:   September _____, 2014

/s/ James F. Goodfellow
By: _____
JAMES F. GOODFELLOW
Plaintiff pro se

### [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, the above-captioned action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

IT IS SO ORDERED.

Dated:   9/11/14

_____
RICHARD SEEBORG
United States District Judge